940 So.2d 542 (2006)
Christine C. JABLONSKI, Wife, Appellant,
v.
Henry Louis JABLONSKI, III, Husband, Appellee.
No. 1D06-4004.
District Court of Appeal of Florida, First District.
October 26, 2006.
E. Jane Brehany, Pensacola, for Appellant.
Aaron B. Wentz, Fort Walton Beach, for Appellee.
PER CURIAM.
This appeal is hereby dismissed as premature. Benton v. Moore, 655 So.2d 1272, 1273 (Fla. 1st DCA 1995).
ALLEN and BENTON, JJ., concur.
HAWKES, J., concurs in result.